UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-334 (NEB/DTS)

UNITED STATES OF AMERICA,

Plaintiff,

v.

**GOVERNMENT'S TRIAL BRIEF**

MUNA WAIS FIDHIN,

Defendant.

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Matthew C. Murphy, Rebecca E. Kline, and Austin L. Bowyer, Assistant United States Attorneys, respectfully submits the following trial brief in this matter.

## I. OVERVIEW

On September 3, 2025, a grand jury returned a ten-count indictment charging Muna Wais Fidhin with wire fraud, in violation of 18 U.S.C. § 1343, federal programs bribery, in violation of 18 U.S.C. § 666, and money laundering, in violation of 18 U.S.C. § 1957.

The indictment alleges that Fidhin orchestrated and carried out a scheme to defraud the Federal Child Nutrition Program, a government aid program designed to provide free meals to children in need. Fidhin exploited the Covid-19 pandemic to obtain, misappropriate, and launder nearly $1 million dollars in program funds that were intended as reimbursements for the cost of serving meals and food to children. She also paid over $25,000 in kickbacks to a Feeding Our Future employee, Abdikerm Eidleh, in exchange for his sponsorship and submission of her fraudulent claims.

## II. BACKGROUND

### A. The Federal Child Nutrition Program

The Federal Child Nutrition Program is a government program that ensures children receive nutritious meals and snacks that adequately promote healthy physical and education development. The program is run through the Food and Nutrition Service, an agency of the United States Department of Agriculture ("USDA"). That agency administers Federal Child Nutrition Programs, which includes the Summer Food Service Program and Child and Adult Care Food Program (together, the "Federal Child Nutrition Program").

The Summer Food Service Program ("SFSP") is a federal program established to ensure that children continue to receive nutritious meals when school is not in session. The Summer Food Service Program reimburses non-profit organizations and other participating entities that serve free healthy meals and snacks to children and teens in low-income areas. The Child and Adult Care Food Program ("CACFP") is a federal program that reimburses non-profit organizations and other participating entities that serve healthy meals and snacks to children and adults at participating childcare centers, daycare homes, and after-school programs.

The Federal Child Nutrition Program operates throughout the United States. The USDA's Food and Nutrition Service administers the programs at the national and regional levels by distributing federal funds to state governments, which provide oversight for the Federal Child Nutrition Program. In Minnesota, the Minnesota Department of Education ("MDE") administers the Federal Child Nutrition Program.

The Federal Child Nutrition Program operated through sponsors, which oversaw the sites. Sponsors, like Feeding Our Future and Partners In Nutrition, are responsible for monitoring the operation of the programs and submitting reimbursement claims.

Feeding Our Future and Partners In Nutrition were non-profit organizations purportedly in the business of helping community partners participate in the Federal Child Nutrition Program. Both were approved sponsors of the Federal Child Nutrition Program, and prior to the onset of the Covid-19 pandemic, each operated as a small non-profit that sponsored the participation of Minnesota daycares and after school programs in the Federal Child Nutrition Program.

Meals funded by the Federal Child Nutrition Program in Minnesota are served at "sites." Each site participating in the Federal Child Nutrition Program must be sponsored by an organization authorized to participate in the Federal Child Nutrition Program. Sponsors are required to submit an application to MDE for each site. Sponsors are responsible for monitoring each of their sites and preparing reimbursement claims for their sites.

Sponsors submit reimbursement claims to MDE on behalf of sites under their sponsorship. The USDA provides federal reimbursement funds to MDE on a per-meal basis. MDE provides the federal funds to the sponsoring agency, which in turn pays the reimbursement funds to the sites under its sponsorship. The sponsoring agency retains ten to fifteen percent of the funds as an administrative fee in exchange for

sponsoring the sites, submitting reimbursement claims, and disbursing the federal funds.

### B. The Covid-19 Waivers and Fraud

The Covid-19 pandemic, including various stay-at-home orders and distance learning, disrupted the operation of the Federal Child Nutrition Program. As a result, the USDA issued waivers to the program requirements, allowing additional flexibility for implementing the program and expanding the scope of the program. Following the start of the Covid-19 pandemic and the resulting waivers, Feeding Our Future and Partners In Nutrition sponsored over 400 new Federal Child Nutrition Program sites.

Historically, the Federal Child Nutrition Program provided meals to children involved in education-based programs or activities. During the Covid-19 pandemic, the USDA waived several of the standard requirements for participation in the Federal Child Nutrition Program. Among other things, the USDA allowed for-profit restaurants to participate in the program. It also allowed for food distribution to children outside of educational programs. At the same time, the state government's stay-at-home order and telework policies made it more difficult to oversee the program. These changes left the program vulnerable to fraud and abuse.

Beginning in approximately April 2020—with the onset of the Covid-19 pandemic—Feeding Our Future and Partners In Nutrition dramatically increased the number of sites under their sponsorship as well as the amount of Federal Child Nutrition Program funds received by those sites.

Feeding Our Future went from receiving and disbursing approximately $3.4 million in federal funds to sites under its sponsorship in 2019 to nearly $200 million in 2021. Partners In Nutrition went from receiving and disbursing approximately $5.6 million in federal funds to sites under its sponsorship in 2019 to more than $200 million in 2021. In 2021, sites under the sponsorship of Partners In Nutrition claimed to have served more than 80 million meals to children in Minnesota. In 2021, sites under the sponsorship of Feeding Our Future claimed to have served more than 74 million meals to children in Minnesota. As a result, Feeding Our Future and Partners In Nutrition received tens of millions of dollars in Federal Child Nutrition Program funds, through administrative fees paid by site operators.

## III. SCHEME TO DEFRAUD THE FEDERAL CHILD NUTRITION PROGRAM

### A. Feeding Our Future and Partners In Nutrition

Feeding Our Future and Partners In Nutrition were both non-profit organizations in the business of helping community partners participate in the Federal Child Nutrition Program and related federal programs. Aimee Bock was the founder and executive director of Feeding Our Future, which was an approved sponsor of the Federal Child Nutrition Program. Kara Lomen was the founder and executive director of Partners In Nutrition, which was also an approved sponsor. As sponsors, Feeding Our Future and Partners In Nutrition were responsible for submitting site applications to MDE for approval, monitoring active sites, submitting claims for reimbursement from MDE, and disbursing federal funds to sites under its sponsorship.

In exchange for sponsoring the sites' fraudulent participation in the program, sponsors received Federal Child Nutrition Program funds as administrative fees. In 2020 and 2021, Feeding Our Future and Partners In Nutrition received tens of millions of dollars in Federal Child Nutrition Program funds in administrative fees. Because the amount of administrative fees the sponsors received was based on the amount of federal funds received by sites under its sponsorship, Feeding Our Future and Partners In Nutrition received tens of millions of dollars in administrative fees to which they were not entitled, due to its sponsorship and facilitation of fraudulent sites participating in the program.

During the Covid-19 pandemic, more than 400 Federal Child Nutrition Program sites were opened. The sites fraudulently claimed to be serving meals to thousands of children a day within just days or weeks of being formed and despite having few, if any, staff and little to no experience serving this volume of meals.

**B. Muna Fidhin's Food Sites**

In October 2020, the defendant, Muna Fidhin, applied to open a Federal Child Nutrition Program site for her company, M5 Café, under the sponsorship of Feeding Our Future. In October 2021, she shifted her purported meal site to a non-profit entity she incorporated, M5 Care, and to the sponsorship of Partners In Nutrition.

The evidence at trial will show that at both sites, Fidhin defrauded the Federal Child Nutrition program by submitting false meal claims for reimbursement, obtaining and submitting fake and fraudulent invoices, and submitting fake meal attendance rosters. The evidence will further show that she paid kickbacks to a

Feeding Our Future employee to facilitate her fraudulent claims and laundered hundreds of thousands of dollars in fraud proceeds.

**1. M5 Café**

On October 2, 2020, Aimee Bock applied to open a Federal Child Nutrition Program site for Fidhin's company, M5 Café, under the sponsorship of Feeding Our Future. The site application listed Defendant Muna Fidhin as the "owner" of M5 Café, with an address of 14101 Fairview Drive, Suite 110 in Burnsville, Minnesota. Fidhin had filed a Notice of Assumed Name with the Minnesota Secretary of State in July 2019, indicating that she intended to do business under the name M5 Café at the same 14101 Fairview Drive address. This address is a small suite on the first floor of a medical office building associated with M Health Fairview Clinics and Specialty Center – Burnsville.



*M5 Café at M Health Fairview Burnsville*

Within days of the submission of the Feeding Our Future site application, Fidhin began submitting fraudulent claims for reimbursement to Feeding Our Future, which stated that she had served breakfast and lunch to approximately 400 children per day, six to seven days per week, at the M5 Café site. However, the trial evidence will show that little, if any, food was ever served to children at M5 Café.

The trial evidence will show that in mid-October 2020, Fidhin left the United States for several weeks to travel to Somalia. Nonetheless, while she was overseas, she continued signing and submitting claims for reimbursement to Feeding Our Future, week after week, claiming that she was somehow still feeding hundreds of kids per day in Minnesota.



FEEDING OUR FUTURE

SUMMER MEAL COUNTS – CLICKER

| | | | | | |
|---|---|---|---|---|---|
| Sponsor | FEEDING OUR FUTURE | Email | aimee@feedingourfuturemn.org | Phone | 612.345.4922 |
| Site | M5 CAFE | Supervisor | Muna Fidhin | Week of | 10-18-2020 |
| Meal Type | BREAKFAST | | X | LUNCH | |

| Available Meals | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Number of meals received/prepared | 400 | 402 | 409 | 400 | 407 | 400 | 411 | |
| Number of meals from yesterday | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Meal Counts** | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | TOTAL |
| Number of firsts served to children | 390 | 400 | 399 | 395 | 399 | 400 | 402 | |
| Number of second meals served to children (not reimbursed) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Number of meals served to program adults (not reimbursed) | 0 | 2 | 4 | 1 | 3 | 0 | 4 | |
| Number of meals served to non-program adults (not reimbursed) | 10 | 0 | 6 | 4 | 4 | 0 | 3 | |
| Number of children requesting meals of food is gone | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Food** | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | TOTAL |
| FOOD TEMPERATURE | NA | NA | NA | NA | NA | ~~NA~~ | NA | |
| Number of non-reimbursable, incomplete or damaged meals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Number of leftover meals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Initials of person taking daily meal count certifying that the information is true and accurate | MF | mf | MF | MF | MF | MF | MF | |

SITE SUPERVISOR: By signing, I certify that the above information is true and accurate.

Signature: [signature] Date: 10/18/2020

This institution is an equal opportunity provider.

BOX 142-FY21 OCT M5 CAFE-000011
SW-00234411

FEEDING OUR FUTURE

SUMMER MEAL COUNTS – CLICKER

| | | | | | |
|---|---|---|---|---|---|
| Sponsor | FEEDING OUR FUTURE | Email | aimee@feedingourfuturemn.org | Phone | 612.345.4922 |
| Site | M5 CAFE | Supervisor | Muna Fidhin | Week of | 10-25-2020 |
| Meal Type | X BREAKFAST | | LUNCH | | |

| Available Meals | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Number of meals received/prepared | 400 | 409 | 400 | 406 | 400 | 411 | | |
| Number of meals from yesterday | 0 | 0 | 0 | 0 | 0 | 0 | | |
| **Meal Counts** | **Sunday** | **Monday** | **Tuesday** | **Wednesday** | **Thursday** | **Friday** | **Saturday** | **TOTAL** |
| Number of firsts served to children | 399 | 402 | 399 | 404 | 392 | 402 | | |
| Number of second meals served to children (not reimbursed) | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Number of meals served to program adults (not reimbursed) | 1 | 0 | 0 | 2 | 4 | 6 | | |
| Number of meals served to non-program adults (not reimbursed) | 0 | 7 | 1 | 0 | 4 | 3 | | |
| Number of children requesting meals of food is gone | 0 | 0 | 0 | 0 | 0 | 0 | | |
| **Food** | **Sunday** | **Monday** | **Tuesday** | **Wednesday** | **Thursday** | **Friday** | **Saturday** | **TOTAL** |
| FOOD TEMPERATURE | NA | NA | NA | NA | NA | NA | | |
| Number of non-reimbursable, incomplete or damaged meals | 0 | 0 | C | C | 0 | 0 | | |
| Number of leftover meals | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Initials of person taking daily meal count certifying that the information is true and accurate | MF | MF | MF | MF | MF | MF | | |

SITE SUPERVISOR: By signing, I certify that the above information is true and accurate.

Signature: [signature] Date: 6/25/2020

This institution is an equal opportunity provider.

BOX 142-FY21 OCT M5 CAFE-000012
SW-00234412

*M5 Café Meal Counts for October 2020 While Fidhin Overseas*

Month after month, over a six-month period between October 2020 and April 2021, Fidhin signed and submitted fraudulent meal counts for M5 Café. Fidhin continued to claim to have served breakfast and lunch to exactly 500 children per day, seven days a week in January, February, March, and April 2021. Fidhin submitted meal counts and receipts from her personal Hotmail account—the same account she used to register M5 Café with the Secretary of State, to register as an interpreter for the Minnesota Department of Health, and to apply for a home mortgage.

**From:** M fidhin <mfidhin@hotmail.com>
**To:** Abdikerm Eidleh <eidleh@feedingourfuturemn.org>
**Subject:** Re: Employment Application
**Date:** Wed, 03 Mar 2021 20:15:51 -0600
**Attachments:** Image_(51).jpg; Image_(52).jpg; Image_(50).jpg; Image_(49).jpg; Image_(47).jpg; Image_(48).jpg; Image_(46).jpg; Image_(45).jpg; Image_(44).jpg; Image_(43).jpg; Image_(42).jpg; Image_(41).jpg; Image_(40).jpg



FEEDING OUR FUTURE

SUMMER MEAL COUNTS – CLICKER

| | | | | | |
|---|---|---|---|---|---|
| Sponsor | FEEDING OUR FUTURE | Email | aimee@feedingourfuturemn.org | Phone | 612.345.4922 |
| Site | M5 CAFE | Supervisor | | Week of | 2/14/2021 |
| Meal Type | | BREAKFAST | | LUNCH | |

| Available Meals | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Number of meals received/prepared | 500 | 500 | 500 | 500 | 500 | 500 | 500 | |
| Number of meals from yesterday | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Meal Counts** | **Sunday** | **Monday** | **Tuesday** | **Wednesday** | **Thursday** | **Friday** | **Saturday** | **TOTAL** |
| Number of firsts served to children | 500 | 500 | 500 | 500 | 500 | 500 | 500 | |
| Number of second meals served to children (not reimbursed) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Number of meals served to program adults (not reimbursed) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Number of meals served to non-program adults (not reimbursed) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Number of children requesting meals of food is gone | 17 | 2 | 8 | 9 | 12 | 20 | 16 | |
| **Food** | **Sunday** | **Monday** | **Tuesday** | **Wednesday** | **Thursday** | **Friday** | **Saturday** | **TOTAL** |
| FOOD TEMPERATURE | ✓ | ✓ | ✓ | — | — | — | — | |
| Number of non-reimbursable, incomplete or damaged meals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Number of leftover meals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Initials of person taking daily meal count certifying that the information is true and accurate | MF | MF | MF | MF | MF | MF | MF | |

SITE SUPERVISOR: By signing, I certify that the above information is true and accurate.

Signature: [signature] Date: 2/14/21

*Email from Fidhin to Abdikerm Eidleh, Enclosing M5 Café Meal Counts*

In total, Fidhin fraudulently claimed to have served over 166,000 meals to children at M5 Café through the sponsorship of Feeding Our Future, for which she fraudulently claimed and received over $548,000 dollars in Federal Child Nutrition Funds.

### 2. M5 Care

In August 2021, Bock applied to open a second Federal Child Nutrition Program site for Fidhin, this one called M5 Care. Fidhin again was listed as the owner. While some forms listed the site as being located at the same place as M5 Café— 14101 Fairview Drive in Burnsville. Others listed the site as being located at 12629 Nicollet Avenue South, which was a small strip mall store front in Burnsville.







*Photos of the M5 Care Site at Nicollet Avenue S*

Fidhin had incorporated M5 Care as a nonprofit with the Minnesota Secretary of State in February 2021, listing her daughter, Marwah Ismail, and Hoda Abdi, as additional incorporators. The trial evidence will show, however, that Abdi was listed on the incorporation documents without her knowledge and that her signature was forged. A business plan prepared by Fidhin indicated that the business was to provide after school tutoring services and meals. However, Fidhin never submitted any claims through Feeding Our Future for M5 Care. Instead, she transferred M5 Care's food site to Partners In Nutrition in the fall of 2021.

In October 2021, Kara Lomen applied to open a food site for Fidhin and M5 Care under the sponsorship of Partners In Nutrition. Shortly thereafter, Fidhin began using a third site address—1507 Highway 13 E, also in Burnsville.




*M5 Care's Site Address at 1507 Highway 13*

In November 2021, Fidhin began submitting claims for reimbursement to Partners In Nutrition for M5 Care that were even more staggeringly high than her prior Feeding Our Future claims. In November 2021 alone, Fidhin claimed to have served over 43,000 snacks and suppers to kids at M5 Care, with an average daily attendance of over 800 kids. In December 2021, she claimed to have served over 65,000 meals and snacks at M5 Care.

Shortly afterward, Kara Lomen notified all Partners In Nutrition sites, including Fidhin, that, due to MDE's concerns regarding the integrity of the CACFP, Partners In Nutrition site rosters would be limited to 500 participants and 500 meals and snacks per day. This rule went into effect on January 1, 2022. Nonetheless, Fidhin continued to claim to serve more than 500 meals per day throughout January 2022.



Logout

DEPARTMENT OF EDUCATION

CLiCS 2

Create New Claims | View or Modify Claims | Interface Claim File | Claim Summary

Claims > CACFP Claim Maintenance

Applications
Claims
System Admin+
Program Admin+
Site Admin
User Information
Payment
Reports
Verification Reporting
Direct Certification

**Child and Adult Care Food Program (CACFP) Claim Information**

| | | | |
|---|---|---|---|
| Sponsor | 2000010186 - Partners in Nutrition | | |
| Site | 9000019611 - M5 Care | | |
| Calendar Year | 2022 | Month | January |
| Claim Type | Original | Claim Status | Approved |

Reason for Adjustment:

Other (Describe)/Name of Reviewer:

**Regular CACFP Meal Service Information**

| Average Daily Attendance | Number of Days Served | Number of Participants Approved for Free or A Meals | Number of Participants Approved for Reduced Price or B Meals | Number of Participants Approved for Paid or C Meals | For-Profit Center Only - Claiming Percentage for Eligibility* |
|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 |

**Total Reimbursable Meals Served**

| Breakfast | Lunch | Supper | Morning Snack | Afternoon Snack | Evening Snack |
|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 |

**At-Risk Afterschool Care Meal Service Information**

| Average Daily Attendance | Number of Days Served | At-Risk Afterschool Snack | At-Risk Breakfast | At-Risk Lunch | At-Risk Supper |
|---|---|---|---|---|---|
| 598 | 31 | 18489 | 0 | 0 | 18489 |

Fidhin fraudulently claimed to have served approximately 170,000 meals at the M5 Care site between November 2021 and February 2022, for which she claimed to be entitled to more than $400,000 in Federal Child Nutrition Program funds. However, she ultimately only received $91,861 from Partners In Nutrition, before the scheme was shut down with the execution of federal search warrants in January 2022.

### 3. Fake Meal Counts and Rosters

The trial evidence will show that the defendant prepared, signed, and submitted sham meal count sheets to Feeding Our Future and Partners In Nutrition purporting to list the number of children who received meals at her sites. But these meal counts were grossly inflated and did not reflect the true number of children being served by the defendant. In at least one instance, the defendant also prepared an attendance roster purporting to show the names of children to whom she had

served meals, but these too were false. Indeed, school district records and trial testimony will establish that the vast majority of the falsified names on these rosters appear nowhere in the official school district enrollment records of the school districts where the defendant professed to serve hundreds of thousands of meals.

**4. Fake Invoices**

The trial evidence will also reveal that Fidhin obtained and submitted fraudulent invoices purporting to show her purchase of food to feed children. Specifically, Fidhin submitted fraudulent invoices and receipts purporting to document the purchase of food from Alif Halal, a small halal market in Burnsville owned by Hoda Abdi. Abdi has pled guilty for her role in the Feeding Our Future fraud scheme. She will testify about the fake Alif Halal invoices she provided to Fidhin for both M5 Café and M5 Care, which purported to document the purchase of hundreds of thousands of dollars of food. However, Abdi will testify that she provided little to no food to Fidhin and that the invoices were fraudulent.

**From:** mfidhin@hotmail.com
**To:** <Eidleh@feedingourfuturemn.org>
**Subject:** Receipts of January
**Date:** Sun, 31 Jan 2021 22:19:01 -0600
**Attachments:** 20210131_221024_resized.jpg; 20210131_221122_resized.jpg; 20210131_221113_resized.jpg; 20210131_221104_resized.jpg; 20210131_221058_resized.jpg; 20210131_221049_resized.jpg; 20210131_221038_resized.jpg; 20210131_221032_resized.jpg; 20210131_221007_resized.jpg; 20210131_221000_resized.jpg; 20210131_220944_resized.jpg
**Inline-Images:** 1064765004_20210131_221007_3478994.jpg




*Alif Halal Invoice Submitted by Fidhin to Abdikerm Eidleh*

At M5 Care, Fidhin also purported to be working with a vendor called The Produce LLC to get food for her site. She submitted invoices from The Produce, purporting to show the purchase of thousands of dollars of food, to Partners In Nutrition in support of her claims for reimbursement. However, the trial evidence will show that Fidhin never paid The Produce for any food, thus indicating that those invoices were fake as well.

### C. The Kickbacks

To carry out this fraud scheme, defendant Muna Fidhin paid kickbacks to Feeding Our Future employee Abdikerm Eidleh, in exchange for his sponsorship of her fraudulent participation in the Federal Child Nutrition Program. At trial, the evidence will show that Feeding Our Future, in particular, operated a "pay-to-play" scheme in which individuals seeking to operate fraudulent sites under its sponsorship

had to kick back a portion of their fraudulent proceeds to Feeding Our Future employees. Many of these kickbacks were paid in cash or disguised as "consulting fees" paid to shell companies created by Feeding Our Future employees to conceal the true nature of the payments and to make them appear legitimate. Feeding Our Future employee Abdikerm Eidleh was the most prolific kickback payee and set up several shell companies for the purpose of receiving and laundering kickback payments, including Hope Suppliers LLC and Eidleh Inc. The trial evidence will show that Fidhin paid $27,000 in kickbacks to Eidleh. She disguised the kickbacks as payments to Eidleh's shell companies for "supplies," "consulting," and "interpreter." In reality, they were kickback payments to Eidleh in exchange for his sponsorship and submission of her fraudulent claims.

**D. The Money Laundering**

In all, Fidhin claimed that M5 Café and M5 Care served more than 330,000 meals over a 10-month period, for which she claimed to be entitled to approximately $968,000 in Federal Child Nutrition Program funds. She ultimately received approximately $655,799 based on her fraudulent claims.

The evidence at trial will show that Fidhin purchased little, if any, food to feed children with these funds. Instead, she used most of the funds for her own lifestyle. She used over $300,000 in Federal Child Nutrition Program funds to pay off the mortgage on her house. Subsequently, she transferred the title to the house to her daughter, Marwah Ismail, for $5 in consideration. She also used $35,000 in Federal Child Nutrition Program funds to pay off her car loan. Finally, she withdrew over

$50,000 in cash and sent thousands of dollars overseas through money services businesses.

## IV. Potential Legal and Evidentiary Issues

### A. Summary Testimony and Charts

The United States intends to call law enforcement agents to testify as summary witnesses in its case-in-chief. "The testimony of a summary witness may be received so long as she bases her summary on evidence received in the case and is available for cross-examination." *United States v. Ellefsen*, 655 F.3d 769, 780 (8th Cir. 2011) (quoting *United States v. King*, 616 F.2d 1034, 1041 (8th Cir. 1980)).

In addition, because this case involves voluminous documentary evidence, including school enrollment records, bank records, and other financial documents, the government intends to offer summary charts into evidence in order to assist the jury. Summary charts are properly admitted when (1) the charts fairly summarize voluminous trial evidence, (2) they assist the jury in understanding testimony already introduced, and (3) the witness who prepared the charts is subject to cross-examination with all documents used to prepare the summary. *United States v. Spires*, 628 F.3d 1049, 1052-53 (8th Cir. 2011) (citing Fed. R. Evid. 1006). "Also, summaries may include assumptions and conclusions so long as they are 'based upon evidence in the record.'" *Id.* at 1053.

### B. Stipulations and Self-Authentication Pursuant to Federal Rule of Evidence 902

The parties have discussed foundational stipulations with respect to certain business records that will obviate the need to call custodians of records as witnesses

at trial. While the parties are still working through the details of these stipulations, the government is hopeful that the parties will be able to put this stipulation on the record at the pretrial conference.

With respect to any business records for which the defendant is unwilling to stipulate with respect to foundation, the government has and will be providing notice to defense counsel of its intent to offer these business records pursuant to the self-authentication provisions of Federal Rules of Evidence 803(6) and 902(11). The records have and will be identified with particularity to the defense in the government's Federal Rule of Evidence 902 notices, and they have all previously been provided to the defense in the government's Rule 16 disclosures. Certifications for these records have also been made available for the defendant's review. The government will also seek to admit certain public records pursuant to the self-authentication provisions of Federal Rules of Evidence 803(8) and 902(1), (2), and (4).

Dated: September 16, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

/s/ *Rebecca E. Kline*

BY: REBECCA E. KLINE
MATTHEW C. MURPHY
AUSTIN L. BOWYER
Assistant United States Attorneys