# Exhibit A

Q. Who was running Feeding Our Future when you were over there?
A. Aimee Bock.
Q. Aimee Bock.
A. Aimee Bock was the executive director.
Q. All right. She's running the show, right?
A. And then there was a gentleman called Shafii and a gentleman called Colee [phonetic].
Q. Okay. And do you know whether those two gentlemen came from Partners in Quality Care?
A. I'm not sure they came from Partners in Quality Care.
Q. All right. And Partners in Quality Care and Partners in Nutrition are the same thing, right?
A. Yes, sir.
Q. All right. Kara Lomen ran Partners in Nutrition?
A. That's correct.
Q. She's the one that threw Bock out at Partners in Nutrition, as you understand it.
A. I don't know how she -- Aimee Bock left. I don't know who threw Aimee Bock.
Q. Well, she wasn't too happy about leaving. You know that, right?
A. I'm not sure, sir.
Q. Well, when you were working at Feeding Our Future, there was basically an open warfare between Partners in Nutrition



EXHIBIT A

and Feeding Our Future, right?
A. That's true. That's true, yes.
Q. And we're talking economic war, right?
A. I don't know, sir.
Q. Okay. Well, economic would have to do with money, right?
A. We wanted all the sites to come under Feeding Our Future, sir.
Q. Okay. What was going on was Feeding Our Future wanted every site in Minnesota under Feeding Our Future's umbrella, right?
A. The more sites, the more money, yes.
Q. Well, just -- I know, but answer my question. Work with me a little bit here.
What Feeding Our Future wanted was every single site in Minnesota under Feeding Our Future, right?
A. Not right.
Q. Not right?
A. Not right.
Q. All right. What's wrong with that?
A. Saying "every single site."
Q. They wanted all the sites they could get, right?
A. They wanted big sites that were under Partners, specifically childcare centers, adult day cares.
Q. All right. Let's try this another way.

The way that Feeding Our Future was supposed to make money was they were supposed to take an administrative fee from the money that they got from MDE, right?
A. Yes.
Q. And that was 15 percent of all the money that went from MDE through them, right?
A. I don't know if it was 10 percent or 15 percent, sir.
Q. It was one of those percents. Okay?
A. That's correct.
Q. And so the way the money was supposed to go was from MDE through Feeding Our Future to the site, right?
A. That's correct.
Q. And the way that fees would be generated is the sites would send bills up through Feeding Our Future to MDE, right?
A. Correct.
Q. And these were bills for food and educational services and that sort of thing, right?
A. The foods that they claimed that they give out, yes.
Q. Food. Well, also educational services, right? ThinkTechAct, Mind Foundry. They're supposed to be providing educational services. And they get paid for those too, right?
A. I don't know, sir.
Q. All right. So the more sites that Feeding Our Future



EXHIBIT A

had sending them bills that they would administer and send to MDE, the more money Feeding Our Future would make, right?
A. Yes.
Q. Right?
A. Yes.
Q. Okay. You are kind of a soft voice.
So as a business model, it's correct, isn't it, that they wanted to get as many sites billing they could work with as possible, right?
A. The more sites, the more money for Feeding Our Future, yes.
Q. All right. On the other side of the street, we have Partners in Nutrition, right?
A. Correct.
Q. And they're trying to do exactly the same thing, right?
A. That's correct.
Q. And Aimee Bock and Kara Lomen hated each other, right?
A. At that time, yes.
Q. Well, they probably still do, but they did then, right?
A. Correct.
Q. I mean, they despised each other, right?
A. They had a grudge on each other, yes.
Q. Okay. And they were competing for dollars?
A. Sites, yes.
Q. Well, sites is dollars, though, right?



EXHIBIT A