# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

UNITED STATES OF AMERICA,

Plaintiff,

v.

MUNA WAIS FIDHIN (1),

Defendant.

**COURT MINUTES**
Case Number: 25-cr-334 (NEB/DTS)

| | |
|---|---|
| Date: | October 6, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 13W |
| Court Reporter: | Renee Rogge |
| Time Commenced: | 9:00 a.m. – 10:35 p.m.<br>10:50 a.m. 12:50 p.m.<br>1:45 p.m. – 3:00 p.m. |
| Time in Court: | 4 hours and 50 minutes |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 13W, Minneapolis, Minnesota.

APPEARANCES:
Plaintiff: Matthew Murphy, Rebecca Kline and Austin Bowyer, Assistant U.S. Attorneys
Defendant: Steven Schleicher and Clayton Carlson, Retained Attorneys

PROCEEDINGS:

Trial Proceedings:
☒ Jury Trial - Held (Trial Day 2)
☒ Voir Dire completed
☒ Trial continued to October 7, 2026 at 9:00 a.m.in Courtroom 13W.

Date: October 6, 2026

s/KW
Signature of Courtroom Deputy to Judge Nancy E. Brasel