# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

UNITED STATES OF AMERICA,

Plaintiff,

v.

MUNA WAIS FIDHIN (1),

Defendant.

## COURT MINUTES

Case Number: 25-cr-334 (NEB/DTS)

| | |
|---|---|
| Date: | October 9, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 13W |
| Court Reporter: | Renee Rogge |
| Time Commenced: | 8:50 a.m. -9:10 a.m.<br>9:20 a.m. – 11:20 a.m.<br>11:30 p.m.- 12:05 p.m. |
| Time in Court: | 2 hours and 55 minutes |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 13W, Minneapolis, Minnesota.

APPEARANCES:

Plaintiff: Matthew Murphy, Rebecca Kline and Austin Bowyer, Assistant U.S. Attorneys
Defendant: Steven Schleicher and Clayton Carlson, Retained Attorneys

PROCEEDINGS:

Trial Proceedings:

☒ Jury Trial - Held (Trial Day 5)
☒ Government Witness: Special Agent Joshua Parks
☒ Trial continued to October 13, 2026 at 9:00 a.m.in Courtroom 13W in the Minneapolis Federal Courthouse.

Date: October 9, 2026

s/KW
Signature of Courtroom Deputy to Judge Nancy E. Brasel