# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

UNITED STATES OF AMERICA,

Plaintiff,

v.

MUNA WAIS FIDHIN (1),

Defendant.

### COURT MINUTES
Case Number: 25-cr-334 (NEB/DTS)

| | |
|---|---|
| Date: | October 21, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 13W |
| Court Reporter: | Renee Rogge |
| Time Commenced: | 9:10 a.m. – 9:20 a.m.<br>9:30 a.m. – 10:40 a.m.<br>10:50 a.m – 12:05 p.m.<br>12:15 p.m. – 1:35 p.m.<br>4:33 p.m. – 4:50 p.m. |
| Time in Court: | 4 hours and 12 minutes |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 13W, Minneapolis, Minnesota.

APPEARANCES:

Plaintiff: Matthew Murphy, Rebecca Kline and Austin Bowyer, Assistant U.S. Attorneys
Defendant: Steven Schleicher and Clayton Carlson, Retained Attorneys

PROCEEDINGS:

Trial Proceedings:

- ☒ Jury Trial - Held (Trial Day 11)
- ☒ Final Jury Instruction Charge Conference
- ☒ Defendant Rests.
- ☒ Closing Arguments.
- ☒ Jury Instructions read into the record.
- ☒ Jury Received the case at: 1:35 p.m.
- ☒ Verdict reached at 3:55 p.m.
- ☒ Jury Verdict: Guilty on Counts 1-3, 4-7, 8 and 10 of the Indictment.
- ☒ Jurors polled.
- ☒ PSR ordered and sentencing to be set for a date to be determined.
- ☒ Defendant released on bond conditions with the addition of an electronic home monitoring condition and no contact with Ms. Abdi and Ms. Mahamud.

Date: October 21, 2026

s/KW
Signature of Courtroom Deputy to Judge Nancy E. Brasel